**Eric H. RICHMOND, Plaintiff–Appellant,**

v.

**SELECT PORTFOLIO SERVICING, INC., as servicing agent FOR U.S. BANK NATIONAL ASSOCIATION, Defendant–Appellee,**

**P.B. #7, LLC, Defendant.**

**In re Eric H. Richmond, Debtor.**

**Eric H. Richmond, Debtor–Appellant,**

v.

**Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, Appellee.**

**16-2178**
**16-2179**

United States Court of Appeals, Second Circuit.

November 17, 2016

Eric H. Richmond, Pro Se.

David Vincent Mignardi, Esq., Eckert, Seamans, Cherin & Mellott, LLC, White Plains, NY, for Defendant–Appellee and Defendant in 16-2178 and Appellee in 16-2179.

Present: Amalya L. Kearse, Richard C. Wesley, Debra Ann Livingston, Circuit Judges.

Appellant, pro se, moves in both appeals for leave to proceed in forma pauperis. Upon due consideration, it is hereby OR-DERED that the motions are DENIED and the appeals are DISMISSED because they "lack[ ] an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989); *see also* 28 U.S.C. § 1915(e).

Appellant has filed a number of frivolous matters in addition to these two appeals. *See* 2d Cir. 15–3389, 16–2763, 16–2764, 16–2768, 16–2801, 16–2802, 16–2803, 16–2856, 16–2859, and 16–2861. Accordingly, Appellant is hereby warned that the continued filing of duplicative, vexatious, or clearly meritless appeals, motions, or other papers, will result in the imposition of a "leave-to-file" sanction, which may require Appellant to obtain permission from this Court prior to filing any further submissions in this Court. *See In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993); *Sassower v. Sansverie*, 885 F.2d 9, 11 (2d Cir. 1989).